Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Jasmin N. Stewart (NV Bar No. 16008)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN RIKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM; ROE INSURANCE COMPANIES I-V dba STATE FARM;<br><br>　　　　Defendants. | Case No.: 2:23-cv-01572-ART-DJA<br><br>Stipulated ~~Plaintiff's Proposed~~ Discovery Plan and Scheduling Order.<br><br>Submitted in compliance with LR 26-1(b). |

**1. Conference:** The parties conducted the Rule 26(f) conference on October 23, 2023, with Christopher Beckstrom participating for Plaintiff Susan Riker and James Harper participating for State Farm Mutual Automobile Insurance Company dba State Farm. This conference included discussion of the points outlined in FRCP 26(f)(2).

**2. Discovery Plan:**

　　a. The parties will exchange initial FRCP 26(a)(1) disclosures by October 30, 2023.

　　b. The parties need discovery on all of the claims and defenses presented by the parties. The parties do not request conducting discovery in phases or limited or focused on particular issues.

　　c. The parties do not anticipate any issues regarding the disclosures, discovery, or preservation of electronically stored information. The parties agreed that electronically stored information should be produced in native format where possible.

    d. The parties do not presently anticipate any issues about claims of privilege or of protection.

    e. The parties do not request any changes to the limitations on discovery imposed under the rules.

    f. The parties do not request any other orders from the court under FRCP 26(c), 16(b), or 16(c) at this time.

    g. Proposed Discovery Plan Dates: Defendant State Farm Mutual Automobile Insurance Company dba State Farm filed the first appearance by any defendant on October 10, 2023, when it filed its Answer to Complaint. The parties propose the following dates.

| | |
|---|---|
| Amending Pleadings and Adding Parties | January 9, 2024 |
| Initial Expert Disclosures & Interim Status Report | February 8, 2024 |
| Rebuttal Expert Disclosures | March 10, 2024 |
| Discovery Cut-off | April 8, 2024 |
| Dispositive Motions | May 8, 2024 |
| Pre-trial Order, if no dispositive motions | June 7, 2024 |

**3. Alternative Dispute Resolution:** The parties certified that they have conferred regarding alternative dispute resolution and believe that initial disclosures and some discovery is needed before any attempted alternative dispute resolution could be effective.

/ / /

— 2 —

**4. Trial by Magistrate and Short Trial Program:** The parties considered trial by magistrate and use of the Short Trial Program and determined that neither would be appropriate for this matter.

**IT IS SO ORDERED.**

DATED: 10/25/2023

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __October 24_____, 2023.   Dated: __October 24_____, 2023.

 */s/ Christopher Beckstrom*_____   */s/ James Harper (with permission)*_____
Christopher Beckstrom (NV Bar No. 14031)   James E. Harper (NV Bar No. 9822)
PRICE & BECKSTROM                          Law Office of Harper Selim
1404 S. Jones Blvd.                        1935 Village Center Circle
Las Vegas, Nevada 89146                    Las Vegas, NV 89134
*Attorney for Plaintiff*                   *Attorneys for Defendant*
*Susan Riker*                              *State Farm*