UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN RIKER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM; ROE INSURANCE COMPANIES I-V dba STATE FARM;<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-01572-ART-DJA<br><br>**ORDER GRANTING**<br><br>**Stipulation to Dismiss with Prejudice** |

　　THE PARTIES hereby stipulate to dismiss 2:23-cv-01572 with prejudice, each to bear their own fees and costs. No trial date was set.

　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Anne R. Traum
　　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　　DATED: <u>February 27, 2024</u>

— 1 —